REX DARRELL BERRY, State Bar No. 110219
BRIAN SAMUEL CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Plaintiff
HELP AT HOME SENIOR CARE, INC., a California corporation

# DISTRICT COURT OF THE UNITED STATES

# EASTERN DISTRICT, SACRAMENTO DIVISION

| | |
|---|---|
| HELP AT HOME SENIOR CARE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIE HARLOW, an individual; HELP AT HOME, INC., a California corporation; DOES 1-25,<br><br>　　　　Defendants. | Case No. 2:10-CV-00522-LKK-JFM<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO FILE ANSWER** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that Defendants Marie Harlow and Help at Home, Inc. ("Defendants") are granted a 13 day extension in which to respond to the Summons and Complaint served on Defendants on March 10, 2010.  Accordingly, Defendants shall file a response no later than April 13, 2010.

DATED: March 24, 2010　　　　　　　　　　　　GEORGE GRELLAS & ASSOCIATES


By  /s/ _____
　　JANET R. KLEINBERG
　　Attorneys for Defendants

1

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO FILE ANSWER**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: March 25, 2010 | BERRY & BLOCK LLP |
| 2 | | |
| 3 | | By __/s/_____<br>REX DARRELL BERRY |
| 4 | | BRIAN SAMUEL CRONE<br>Attorneys for Plaintiff |

6  IT IS SO ORDERED.

7  Dated: March 26, 2010

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO FILE ANSWER**

PDF created with pdfFactory trial version www.pdffactory.com