IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELP AT HOME SENIOR CARE, INC.,

    Plaintiff,                    No. 2:10-cv-0522-JFM (C)

    vs.

HELP AT HOME, INC., et al.,

    Defendants.              <u>ORDER</u>

_____/

        A status conference was held in this matter on May 6, 2010, at 11:00 a.m. Brian Samuel Crone appeared for plaintiff. Janet Kleinberg appeared for defendants. Upon consideration of the status reports on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Discovery, other than expert discovery, shall be completed by December 27, 2010.

        2. The parties shall exchange lists of expert witnesses no later than January 10, 2011. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

        3. Expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by February 17, 2011.

3. Dispositive motions shall be noticed to be heard by March 31, 2011.

4. The pretrial conference is set for May 26, 2011 at 1:30 p.m. Pretrial statements shall be filed pursuant to Local Rule 281.

5. Jury trial of this matter is set for July 11, 2011 at 9:00 a.m. in courtroom TBD before the undersigned. The parties shall file trial briefs pursuant to Local Rule 285.

6. Based on the consent of the parties and pursuant to Local Rule 271, this matter is referred to the court's Alternative Dispute Resolution Coordinator, Sujean Park, for the scheduling of a settlement conference.

7. The Clerk of the Court is directed to serve a copy of this order on Sujean Park.

DATED: June 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014.help0522.oasc