IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELP AT HOME SENIOR CARE, INC.,

      Plaintiff,                      No. 2:10-cv-0522-JFM (C)

   vs.

HELP AT HOME, INC., et al.,

      Defendants.              <u>ORDER</u>

         On June 10, 2010, the parties were referred to Sujean Park for the scheduling of a settlement conference in this matter. Instead, the parties are hereby referred to Linda Martinez, administrator of the Voluntary Dispute Resolution Program, for scheduling purposes. The Clerk of the Court is directed to serve a copy of this order on Linda Martinez.

DATED: June 14, 2010.

                                           */s/ John F. Moulds*
                                           UNITED STATES MAGISTRATE JUDGE

/014.help0522.vdrp