IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELP AT HOME SENIOR CARE, INC.,

    Plaintiff,　　　　　　　　　No. 2:10-cv-0522-JFM (C)

    vs.

HELP AT HOME, INC., et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

    　　　　　　　　　　　　　/

    It appears to the court that the above-captioned case has been settled.  In accordance with the provisions of Local Rule 160, the court now orders that the dispositional documents be filed on or before November 18, 2010.

    All previously set dates in this matter are hereby vacated.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

DATED: September 23, 2010.

　　　　　　　　　　　　　　　　　　/s/ John F. Moulds
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/014;help0522.1045C

1