IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HELP AT HOME SENIOR CARE, INC.,

            Plaintiff,                No. 2:10-cv-0522-JFM (C)

    vs.

HELP AT HOME, INC., et al.,

            Defendants.         <u>ORDER</u>

_____/

          The parties have filed a joint stipulation to dismiss this matter.  Good cause appearing, this action is hereby dismissed with prejudice.  The undersigned shall retain jurisdiction to enforce all non-monetary aspects of the Settlement Agreement and Mutual Release of Claims.

DATED: November 30, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;help0522.jo

1